**CRIMINAL COMPLAINT**
**(Electronically Submitted)**

| | |
|---|---|
| **United States District Court** | **DISTRICT of ARIZONA** |
| **United States of America v.**<br><br>**Romualdo Juarez Bravo**<br>YOB: 1968; Citizen of Mexico | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.** **26-04110MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: On or about October 8, 2026, at or near Three Points, in the District of Arizona, **Romualdo Juarez Bravo**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Phoenix, Arizona on June 28, 2026, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

Count 2: On or about October 6, 2026, at or near Sasabe, in District of Arizona, **Romualdo Juarez Bravo**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Romualdo Juarez Bravo** is a citizen of Mexico. On June 28, 2026, **Romualdo Juarez Bravo** was lawfully denied admission, excluded, deported and removed from the United States through Phoenix, Arizona. On October 8, 2026, agents found **Romualdo Juarez Bravo** in the United States at or near Three Points, Arizona without the proper immigration documents. **Romualdo Juarez Bravo** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Romualdo Juarez Bravo** admitted to illegally entering the United States of America from Mexico on or about October 6, 2026, at or near Sasabe, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| | |
|---|---|
| *DETENTION REQUESTED*<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | **SIGNATURE OF COMPLAINANT (official title)**<br><br>**OFFICIAL TITLE**<br>Eric R. Wood<br>Border Patrol Agent |
| **Sworn by telephone** _x_ | |
| **SIGNATURE OF MAGISTRATE JUDGE**[1] | **DATE**<br>October 13, 2026 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Hopkins